**Bruce W. Brewer**, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**DONNA HANN**,

      Plaintiff,

vs.

**COMMISSIONER**,
of Social Security
Administration,

      Defendant.

Case No. 6:18-cv-00577-BR

ORDER (EAJA FEES)

---

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $5,402.88 is awarded to Plaintiff. It is ordered that the aforementioned attorney fee shall be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then it is ordered that the check shall be made payable to Plaintiff's attorney, Bruce Brewer, and mailed to him at PO Box 421, West Linn, OR 97068. If Plaintiff has such debt, then the check for any remaining funds after offset of the debt

1 - ORDER FOR EAJA FEES

shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated

above. There are no costs or expenses to be paid herein.

DATED this 2nd day of May, 2019.

The Honorable Anna J. Brown
United States Senior District Judge

Submitted by:

Bruce W. Brewer, OSB No. 925581
503-621-6633, Attorney for Plaintiff